Nancy E. Wolff, Esq., No. 133334
nwolff@cdas.com
COWAN, DeBAETS, ABRAHAMS,
  & SHEPPARD LLP
9454 Wilshire Boulevard, Suite 901
Beverly Hills, CA 90212
Telephone: (310) 340-6334
Telefax: (310) 492-4394
NWolff@cdas.com

*Attorneys for Petitioner*
*Shueisha Inc.*

FILED
APR 12 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: DMCA § 512(h) SUBPOENA TO GOOGLE LLC | Case No.: CV-21 80080-MISC. <br><br> SHUEISHA INC.'S REQUEST TO THE CLERK FOR THE ISSUANCE OF A SUBPOENA TO GOOGLE LLC PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGER |

Shueisha Inc. ("Shueisha"), by and through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Google LLC ("Google") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena"). A copy of the proposed Subpoena is attached as Exhibit 2 to the Declaration of Nancy E. Wolff ("Wolff Decl.").

The requested Subpoena relates to infringing materials that Shueisha discovered on the website <mangabank.org>, which Shueisha is informed and believes is facilitated

by Google. The infringing materials include unauthorized copies of issues of graphic novels, which are owned solely and exclusively by Shueisha.

Shueisha has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

1. Shueisha has submitted a copy of the notification required by 17 U.S.C. § 512(c)(3)(A). *See* Wolff Decl. ¶ 3, Ex. 1.

2. Shueisha has submitted the proposed Subpoena concurrently herewith. *See* Wolff Decl. ¶ 5, Ex. 2.

3. Shueisha has submitted a sworn declaration confirming the purpose for which the Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and that such information will only be used for the purpose of protecting rights under Title 17 of the United States Code. *See* Wolff Decl. ¶ 4.

Because Shueisha has complied with the statutory requirements, Shueisha respectfully requests that the Clerk expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned counsel for service on Google.

DATED: April 12, 2021

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

By: *Nancy E Wolff*
NANCY E. WOLFF

*Attorneys for Petitioner
Shueisha Inc.*